UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 09 B 07206 |
| CONSTANTINO POULAKIS, | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtor. | ) | |

FINAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist Denenberg Ament & Rubenstein, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein (the "Trustee"), moves this Court, pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period April 28, 2009 through November 18, 2009. In support of this Application, Much Shelist respectfully states as follows:

1. On March 4, 2009, the Debtor filed a voluntary case for relief under Chapter 7 of the Bankruptcy Code. The Trustee was subsequently appointed Trustee, qualified and continues serve as the Trustee in this case.

2. On June 3, 2009, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.

3. Much Shelist has not requested nor has it received any amounts whatsoever for legal services rendered as attorney for the Trustee in this case. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any other person or firm whatsoever with regard to its compensation in this case.

4. Much Shelist respectfully represents that it is entitled to final compensation in the amount of $7,402.00 plus reimbursement of out-of-pocket expenses in the amount of $45.90 for

services rendered on behalf of the Trustee during the period of April 28, 2009 through November 18, 2009. Much Shelist recognizes that there are insufficient funds on hand in the bankruptcy estate to pay the full amount of the fees requested.

5. Much Shelist provided 15.40 hours of services to the Trustee during the time period covered by this Application.

6. The following is a summary of time expended, by individual, during the time period covered by this application:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 11.30 hrs. | $549.82/hr.* | $6,213.00 |
| Martin Wasserman | 4.10 hrs. | $290.00/hr. | 1,189.00 |
| | | | |
| **TOTAL:** | **15.40 hrs.** | | **$7,402.00** |

7. Attached hereto and made a part hereof as Exhibit "A" is Statement of Services rendered during the period of April 28, 2009 through November 18, 2009. All services were rendered in connection with and in furtherance of assisting Trustee in the performance of his duties as delineated by Section 704 of the Bankruptcy Code. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in In re: Continental Securities Litigation, 572 F. Supp. 931 (N.D. Ill. 1983) modified 692 F.2d 766 (7th Cir. 1992).

8. Much Shelist has taken care to avoid duplication of services. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. There were instances when more than one Much Shelist attorney was involved in a particular meeting or telephone conference. In those instances, joint participation was necessary because

of the nature of the matter at hand, the continuity of the representation or the expertise of the attorneys involved.

9.  At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

10. During the time period covered by this application, Much Shelist's attorneys have provided services to the Trustee with respect to the following matters:

**A.**  **General Administration (Tab 1)**: Much Shelist expended 13.30 hours in representing the Trustee's interest in an arbitration dispute relating to the sale of a restaurant/café located in Frankfort, Illinois. Prior to the filing of this bankruptcy, Debtor entered into a purchase agreement with Jose and Regina Sosa (the "Buyers") to sell his interest in the restaurant known as the Frankfort Plaza Café (the "Frankfort Café"). Upon the Buyers default on the purchase agreement, Debtor filed a lawsuit with the American Arbitration Association under Case No. 51-489-00056-08 (the "Arbitration Suit") for the turnover of earnest money in the amount of $20,000.00 being held in escrow. Much Shelist engaged in numerous telephonic and written communications with Debtor's counsel requesting documentation relating to the sale of the Frankfort Café and with attorneys involved in the Arbitration Suit. Time was spent reviewing purchase agreements, various assignments of interest in corporations, notes and transfer agreements relating to the Arbitration Suit, as well as reviewing motions to extend time to object to discharge and to take 2004 exams. Eventually, a compromise between the parties was reached and a motion to compromise controversy was prepared, and counsel appeared in Court on same.

The Much Shelist attorneys who provided General Administrative services to the Trustee and the time expended by them are as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 11.30 hrs. | $549.82/hr.* | $6,213.00 |
| Martin J. Wasserman | 2.00 hrs. | $290.00/hr. | 580.00 |
| | | | |
| TOTAL: | 13.30 hrs. | | $6,793.00 |

B. **Employment of Professionals (Tab 2)**: Much Shelist provided 2.10 hours preparing pleadings and appearing in Court in connection with the Trustee's employment of attorneys. The individual who provided services in connection with the employment of professionals and the time expended by him is as follows:

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Martin J. Wasserman | 2.10 hrs. | $290.00/hr. | $609.00 |
| | | | |
| TOTAL: | 2.10 hrs. | | $609.00 |

11. During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $45.90. Attached hereto as Exhibit "B" is an itemization of Much Shelist's out-of-pocket expenses. The charge for photocopies is 10¢ per page. Facsimile charges are billed at the rate of $1.00 per page, incoming and outgoing. Much Shelist asserts that these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of the Trustee.

**WHEREFORE**, Much Shelist Denenberg Ament & Rubenstein, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $7,402.00 plus reimbursement of out-of-pocket expenses in the amount of $45.90 for services rendered during the period April 28, 2009 through November 18, 2009;

2.	Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3.	Granting such other and further relief as this Court deems just and appropriate.

**Much Shelist Denenberg Ament & Rubenstein, P.C.**

By: /s/ Norman B. Newman
	One of Its Attorneys

Norman B. Newman, ARDC No. 02045427
**Much Shelist Denenberg Ament & Rubenstein, P.C.**
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100