# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| In re: | POULAKIS, CONSTANTINO N | § | Case No. 09-07206 |
| | POULAKIS, DINO | § | |
| | | § | |
| | | § | |
| | Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 a.m. on July 19, 2011 in Courtroom 744, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinois. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  June 13, 2011        By:    /s/NORMAN NEWMAN
                                          Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: POULAKIS, CONSTANTINO N | § | Case No. 09-07206 |
| | § | |
| POULAKIS, DINO | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 2,501.11 |
| *and approved disbursements of* | $ | 4.62 |
| *leaving a balance on hand of* [1] | $ | 2,496.49 |

**Balance on hand:** $ 2,496.49

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 2,496.49

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 625.28 | 0.00 | 193.36 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 7,402.00 | 0.00 | 2,288.94 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 45.90 | 0.00 | 14.19 |

Total to be paid for chapter 7 administration expenses: $ 2,496.49
Remaining balance: $ 0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,938.52 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 3,367.17 | 0.00 | 0.00 |
| 2 | American Express Centurion Bank | 2,557.79 | 0.00 | 0.00 |
| 3 | PRA Receivables Management, LLC | 496.06 | 0.00 | 0.00 |
| 4 | Arete' 3 Ltd. | 2,517.50 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 09-07206-ERW
Constantino N Poulakis                                                    Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lhatch              Page 1 of 1           Date Rcvd: Jun 14, 2011
                              Form ID: pdf006           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2011.
```
db         +Constantino N Poulakis,    14529 West Ave,    Orland Park, IL 60462-2448
aty        +Jeffrey L. Gansberg,    Much Shelist,    191 N. Wacker Drive, Suite 1800,    Chicago, IL 60606-1631
aty        +Martin J Wasserman,    Much Shelist Denenberg,    Ament & Rubenstein PC,    191 North Wacker Drive,
             Suite 1800,    Chicago, IL 60606-1631
tr         +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
             Chicago, IL 60606-1631
13601287   +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14698935    American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
14170023   +Arete' 3 Ltd.,    c/o Kathy M Sons,    Kavanaugh Grumley & Gorbold LLC,    111 N Ottawa,
             Joliet IL 60432-4229
13601288  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital 1 Bank,    Attn: C/O TSYS Debt Management,    Po Box 5155,
             Norcross, GA 30091)
13601289   +Ccs/first National Ban,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13601290   +Central Credit Un Of I,    1001 Manheim Rd,    Bellwood, IL 60104-2391
13601291    Charles Bruti,    c/o Kenneth Donkel,    72220 W. 194th St, Ste 105,    Tinley Park, IL 60487
13601292   +Chase - Cc,    Attention: Banktruptcy Department,    Po Box 15298,    Wilmintgon, DE 19850-5298
14674442    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13601293   +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
13601294   +G M A C,    2740 Arthur St,    Roseville, MN 55113-1303
13601295   +Harris N.a.,    111 W Monroe,    Chicago, IL 60603-4095
13601296   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13601297   +KENNETH J. DONKEL, ATTY,    7220 W. 194TH , SUITE 105,    Tinley Park, IL 60487-9228
13601298   +Kimberly J. Weissman, Esq.,    33 N. LaSalle St.,    Chicago, IL 60602-2603
13601299   +Luxury Motors, Inc,    C/o Abrams Abrams PC,    180 W. Washington, #910,    Chicago, IL 60602-2316
13601300   +O'Malley Builders, Inc,    c/o Schain Frisel & Brown, Ltd,    222 LaSalle #1910,
             Chicago, IL 60601-1102
13601301   +Oakland Park Currency Exchange,    c/o Mages & Price,    707 Lake Cook Rd #314,
             Deerfield, IL 60015-4933
14962744   +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o Orchard Bank,
             POB 41067,    NORFOLK VA 23541-1067
13601302   +Phil Stefani Signa,    c/o Kimberly Weissman,    33 N. LaSalle, #3200,    Chicago, IL 60602-2606
13601303   +Plaza Bank,    7460 W Irving Pk R,    Norridge, IL 60706-2187
13601304   +WALISNKI AND TRUNKETT PC,    25 E. WASHINGTON STREET,    SUITE 1221,    CHICAGO, IL 60602-1758
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 16, 2011**                    **Signature:**    *Joseph Speetjens*