**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: POULAKIS, CONSTANTINO N § | Case No. 09-07206 |
| § | |
| POULAKIS, DINO § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00      Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00      Claims Discharged
                                            Without Payment: $8,938.52

Total Expenses of Administration: $2,501.16

---

3) Total gross receipts of $ 2,501.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $2,501.16 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,077.80 | 8,077.80 | 2,501.16 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,625.50 | 8,938.52 | 8,938.52 | 0.00 |
| **TOTAL DISBURSEMENTS** | $5,625.50 | $17,016.32 | $17,016.32 | $2,501.16 |

4) This case was originally filed under Chapter 7 on March 04, 2009. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/10/2011          By: /s/NORMAN NEWMAN
                                                  Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| AAA claim Claim number is 002-ZY9-C3P- Disputed | 1129-000 | 2,500.00 |
| Interest Income | 1270-000 | 1.16 |
| **TOTAL GROSS RECEIPTS** | | **$2,501.16** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 625.28 | 625.28 | 193.36 |
| Much Shelist, et.al. | 3110-000 | N/A | 7,402.00 | 7,402.00 | 2,288.99 |
| Much Shelist, et.al. | 3120-000 | N/A | 45.90 | 45.90 | 14.19 |
| International Sureties, Ltd. | 2300-000 | N/A | 2.25 | 2.25 | 2.25 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | 2.37 | 2.37 | 2.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,077.80 | 8,077.80 | 2,501.16 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,367.17 | 3,367.17 | 0.00 |
| 2 | American Express Centurion Bank | 7100-000 | 2,557.00 | 2,557.79 | 2,557.79 | 0.00 |
| 3 | PRA Receivables Management, LLC | 7100-000 | 551.00 | 496.06 | 496.06 | 0.00 |
| 4 | Arete' 3 Ltd. | 7100-000 | 2,517.50 | 2,517.50 | 2,517.50 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 5,625.50 | 8,938.52 | 8,938.52 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-07206  
**Case Name:** POULAKIS, CONSTANTINO N

**Trustee:** (330560)   NORMAN NEWMAN  
**Filed (f) or Converted (c):** 03/04/09 (f)  
**§341(a) Meeting Date:** 04/06/09  

**Period Ending:** 08/10/11

**Claims Bar Date:** 01/20/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Single Family -15634 Jeanne Ln, Homer, construct | 168,750.00 | 168,750.00 | | 0.00 | FA |
| 2 | cash on hand | 30.00 | 30.00 | | 0.00 | FA |
| 3 | Checking acct w/ Suburban bank and Trust | 271.00 | 271.00 | | 0.00 | FA |
| 4 | Checking acct w/ Chase | 5.00 | 5.00 | | 0.00 | FA |
| 5 | Used household goods and furnshings | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 6 | Used clothing | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Misc jewelry and watch | 150.00 | 150.00 | | 0.00 | FA |
| 8 | 33% Interest in Matina Cafe New Lenox- no surren | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 50% interest in Matina Cafe- assigned interest t | 0.00 | 0.00 | | 0.00 | FA |
| 10 | AAA claim Claim number is 002-ZY9-C3P- Disputed | 216,300.00 | 216,300.00 | | 2,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.16 | FA |
| 11 | Assets Totals (Excluding unknown values) | **$388,506.00** | **$388,506.00** | | **$2,501.16** | **$0.00** |

**Major Activities Affecting Case Closing:**

Settled breach of contract action.

**Initial Projected Date Of Final Report (TFR):**   August 31, 2010          **Current Projected Date Of Final Report (TFR):**   June 13, 2011  (Actual)

Printed: 08/10/2011 03:10 PM   V.12.57

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-07206  
**Case Name:** POULAKIS, CONSTANTINO N

**Taxpayer ID #:** **-***5916  
**Period Ending:** 08/10/11

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****04-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans. Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/13/10 | {10} | Mark T. Hickey & Associates, P.C. | Settlement of litigation | 1129-000 | 2,500.00 | | 2,500.00 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 2,500.05 |
| 02/19/10 | 1001 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #09-07206, Bond #016026455 | 2300-000 | | 2.25 | 2,497.80 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,497.89 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 2,498.00 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 2,498.01 |
| 04/06/10 | | Wire out to BNYM account 9200******0465 | Wire out to BNYM account 9200******0465 | 9999-000 | -2,498.01 | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 2.25 | 2.25 | $0.00 |
| Less: Bank Transfers | -2,498.01 | 0.00 | |
| **Subtotal** | 2,500.26 | 2.25 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,500.26** | **$2.25** | |

{} Asset reference(s)

Printed: 08/10/2011 03:10 PM   V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-07206  
**Case Name:** POULAKIS, CONSTANTINO N  

**Taxpayer ID #:** **-***5916  
**Period Ending:** 08/10/11  

**Trustee:** NORMAN NEWMAN (330560)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******04-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | 9999-000 | 2,498.01 | | 2,498.01 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 2,498.12 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 2,498.27 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 2,498.42 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.15 | | 2,498.57 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 2,498.71 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,498.73 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,498.75 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,498.77 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,498.79 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,498.81 |
| 02/15/11 | 11002 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #09-07206, Bond #016026455 | 2300-000 | | 2.37 | 2,496.44 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,496.45 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,496.47 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,496.49 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,496.51 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,496.53 |
| 07/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 2,496.54 |
| 07/21/11 | | To Account #9200******0466 | Account Transfer | 9999-000 | | 2,496.54 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **2,498.91** | **2,498.91** | **$0.00** |
| | | | Less: Bank Transfers | | 2,498.01 | 2,496.54 | |
| | | | **Subtotal** | | **0.90** | **2.37** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.90** | **$2.37** | |

{} Asset reference(s)

Printed: 08/10/2011 03:10 PM    V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 09-07206 | **Trustee:** | NORMAN NEWMAN (330560) | |
| **Case Name:** | POULAKIS, CONSTANTINO N | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | 9200-******04-66 - Checking Account | |
| **Taxpayer ID #:** | **-***5916 | **Blanket Bond:** | $5,000,000.00 (per case limit) | |
| **Period Ending:** | 08/10/11 | **Separate Bond:** | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/21/11 | | From Account #9200******0465 | Account Transfer | 9999-000 | 2,496.54 | | 2,496.54 |
| 07/21/11 | 101 | Norman B. Newman, Trustee | Dividend paid 30.92% on $625.28, Trustee Compensation; Reference: | 2100-000 | | 193.36 | 2,303.18 |
| 07/21/11 | 102 | Much Shelist, et.al. | Dividend paid 30.92% on $7,402.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,288.99 | 14.19 |
| 07/21/11 | 103 | Much Shelist, et.al. | Dividend paid 30.92% on $45.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 14.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,496.54 | 2,496.54 | $0.00 |
| | | | Less: Bank Transfers | | 2,496.54 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,496.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $2,496.54 | |

Net Receipts : 2,501.16
Net Estate : $2,501.16

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****04-65** | 2,500.26 | 2.25 | 0.00 |
| **MMA # 9200-******04-65** | 0.90 | 2.37 | 0.00 |
| **Checking # 9200-******04-66** | 0.00 | 2,496.54 | 0.00 |
| | $2,501.16 | $2,501.16 | $0.00 |

{} Asset reference(s)                                                                                  Printed: 08/10/2011 03:10 PM    V.12.57